IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00113 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2007

GREGORY C. LANGHAM
CLERK

JOHN A. CLAICE,

    Plaintiff,

v.

CAPT. SCOTT GIBSON - #1481, Ad-Seg SCF Unit - DOC of Colo.,
MAJOR L. WAIDE # NA, West CCM Manger SCF - DOC of Colo.,
STATE OF COLO. SCF WARDEN MILYARD #NA Warden of SCF of DOC.,
SARGENT [sic] CASH #NA, Ad-Seg CH 6 Supervisor,
CO T. BOYER, #NA, CO Ad-Seg CH 6 Standard Guard,
SCF DR. FERREL #NA, Doctor for Ad-Seg Mental Health,
SARGENT [sic] VAN DURAN #NA, Night Shift Supervisor,
SCF MEDICAL CLINIC,
LT. BARNES #NA, Ad-Seg SCF DOC of Colo.,
LT. MAY #NA, Ad-Seg SCF DOC of Colo.,
LT. NICHOLS #NA, Ad-Seg SCF DOC of Colo.,
DOCTOR NAME NA #NA, SCF Mental Health of DOC of Colo.,
DOCTOR NAME NA #NA, SCF Mental Health of DOC of Colo.,
CO LAMBERT #NA, SCF Night Shift CO, DOC of Colo.,
CO WILLICH #NA, SCF Swing Shift CO Ad-Seg, DOC of Colo.,
SARGANT [sic] CHRISTIAN #NA, SCF CO Ad-Seg Morning Shift DOC of Colo.,
CASE MANAGER HUMPHREY #NA, SCF Case Manager Ad-Seg Unit DOC of Colo. 80751., and
CO LARSON #119609 - SCF CO Ad-Seg Morning Shift DOC of Colo. 80751,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Motion for Preliminary Injunction/TRO, and a Prisoner

Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __16th__ day of __January__, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-00113

John A. Claice
Reg. No. 105782
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

 I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1-17-07

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk